IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANDON CUMMINGS | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, *et al.* | : | NO. 09-cv-0319-JF |

ORDER

AND NOW, this 20th day of January 2011, upon consideration of Defendant City of Philadelphia's Motion to Dismiss, and the response thereto, IT IS ORDERED:

1. That Defendant's motion is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. Furthermore, as the City of Philadelphia Police Department is not a legal entity that can be sued, the complaint against the Police Department is a nullity.

2. That the Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.